JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| SHARON S., | ) | No. SA CV 18-746-MWF (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| NANCY BERRYHILL, DEPUTY COMMISSIONER OF OPERATIONS FOR THE SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the decision of the Commissioner is reversed and this case is remanded to defendant for the award of benefits.

DATED: March 26, 2019

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE